Filed 4/6/21  P. v. Scott CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MCKINNLEY SCOTT,<br><br>    Defendant and Appellant. | F079487<br><br>(Super. Ct. No. F19901072)<br><br>**OPINION** |

-ooOoo-

## THE COURT*

APPEAL from a judgment of the Superior Court of Fresno County.  Kristi Culver Kapetan, Judge.

Erin J. Radekin, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

\*       Before Poochigian, Acting P.J., Peña, J. and Snauffer, J.

Appointed counsel for defendant McKinnley Scott asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. Defendant did not respond. Finding no arguable error that would result in a disposition more favorable to defendant, we affirm.

## BACKGROUND

In May 2018, defendant lived in a two-bedroom apartment with the victim and members of their blended family, including six children and a grandchild. Defendant always carried a handgun that he acquired in November 2017. The victim had also seen defendant with a box of ammunition. On May 15, 2018, when defendant and the victim got into an argument, defendant brandished the gun and said he was going to shoot her if she did not do as he said. The next morning, the victim left the apartment with all the children and walked to the police station. Shortly thereafter, police arrested defendant and found what appeared to be a live bullet in his pocket. At trial, defendant admitted having suffered a prior felony conviction.

On May 13, 2019, a jury found defendant guilty of criminal threats (Pen. Code, § 422;[1] count 4), possession of a firearm by a felon (§ 29800, subd. (a)(1); count 5), and possession of ammunition by a prohibited person (§ 30305, subd. (a)(1); count 6). The jury also found true the allegation that defendant personally used a firearm in the commission of count 4 (§ 12022.5, subd. (a)).

On June 11, 2019, the trial court sentenced defendant to four years four months in prison: 16 months on count 4, plus a three-year firearm enhancement, and concurrent 16-month terms on both counts 5 and 6.

On June 12, 2019, defendant filed a notice of appeal.

---

[1] All statutory references are to the Penal Code.

2.

After reviewing the record, we find no arguable error on appeal that would result in a disposition more favorable to defendant.

## <u>DISPOSITION</u>

The judgment is affirmed.